NUMBER 13-04-450-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 
IN RE JORDAN BLAKE
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Garza and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Jordan Blake , filed a petition for writ of mandamus in the above cause
on August 30, 2004. Gaylen M. Nuckols, real party in interest, filed a response
thereto on September 29, 2004. The Court, having examined and fully considered the
petition for writ of mandamus and response, is of the opinion that relator has not
shown himself entitled to the relief sought. Accordingly, the petition for writ of
mandamus is DENIED. See Tex. R. App. P. 52.8(a). 
                                                                                          PER CURIAM


Memorandum Opinion delivered and filed
this 13th day of October, 2004.